# United States Bankruptcy Court
### Eastern District of New York

| | | |
|---|---|---|
| In re **367 Parkway Dr. Atlanta LLC** | Case No. | |
| Debtor(s) | Chapter | **11** |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **David Goldwasser**, declare under penalty of perjury that I am the **Manager of Saw Mill Road Partners, LLC, Member of the Debtor** of **367 Parkway Dr. Atlanta LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **David Goldwasser**, **Manager of Saw Mill Road Partners, LLC, Member of the Debtor** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David Goldwasser**, **Manager of Saw Mill Road Partners, LLC, Member of the Debtor** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David Goldwasser**, **Manager of Saw Mill Road Partners, LLC, Member of the Debtor** of this Corporation is authorized and directed to employ **Joel M. Shafferman**, attorney and the law firm of **Shafferman & Feldman LLP** to represent the corporation in such bankruptcy case."

| | | |
|---|---|---|
| Date **January  6, 2025** | Signed | **/s/ David Goldwasser** |
| | | **David Goldwasser** |

Resolution of Board of Directors
of
**367 Parkway Dr. Atlanta LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **David Goldwasser, Manager of Saw Mill Road Partners, LLC, Member of the Debtor** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David Goldwasser, Manager of Saw Mill Road Partners, LLC, Member of the Debtor** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David Goldwasser, Manager of Saw Mill Road Partners, LLC, Member of the Debtor** of this Corporation is authorized and directed to employ **Joel M. Shafferman**, attorney and the law firm of **Shafferman & Feldman LLP** to represent the corporation in such bankruptcy case.

Date  **January 6, 2025**                              Signed  **/S/ David Goldwasser**

Date _____            Signed _____